FILED
JAMES J. VILT, JR. - CLERK
FEB 11 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**AUDREY CAMPBELL**

INFORMATION

NO. 3:25-CR-18-BJB
18 U.S.C. § 2
18 U.S.C. § 1543
18 U.S.C. § 1028A

The United States Attorney charges:

### COUNT 1
*(Scheme to Engage in False Use of Passport Cards)*

1. In or about and between April 2023 and August 2023, in the Western District of Kentucky, Meade County, Kentucky, and elsewhere, the defendant, **AUDREY CAMPBELL**, aided and abetted by others known and unknown, did willfully and knowingly engage in a scheme to use and attempt to use false, forged, and/or counterfeit Passport Cards purported to be issued by the United States of America.

2. **AUDREY CAMPBELL**, aided and abetted by others known and unknown, obtained personal identifying information of victims known to have accounts at financial institutions. The personal identifying information included names, dates of birth, social security numbers, addresses, and bank account or debit card numbers. **AUDREY CAMPBELL**, aided and abetted by others known and unknown, also obtained false, forged, and/or counterfeit Passport Cards, which bore her photograph, but used the names and other personal identifying information of the victims known to have accounts at financial institutions.

3. **AUDREY CAMPBELL**, aided and abetted by others known and unknown, traveled to multiple states, including Kentucky, and entered financial institutions and used and

attempted to use the false, forged, and/or counterfeit Passport Cards, which Passport Cards the Defendant knew to be false, forged, counterfeit, and otherwise procured unlawfully, and personal identifying information, to impersonate and fraudulently represent herself as the victim account holders. **AUDREY CAMPBELL** then made cash withdrawals from the victims' accounts.

    4.    On or about each of the dates set forth below, in the Western District of Kentucky, Meade County, Kentucky, and elsewhere, the defendant, **AUDREY CAMPBELL**, aided and abetted by others known and unknown, for the purpose of executing the scheme described above, and attempting to do so, did willfully and knowingly use and attempt to use false, forged, and/or counterfeit Passport Cards purported to be issued by the United States of America for the purpose of unlawfully accessing the victims' accounts maintained at financial institutions, which Passport Cards the Defendant knew to be forged, counterfeit, and otherwise procured unlawfully, as described in each count below:

| COUNT | DATE | NAME | BANK |
|---|---|---|---|
| 1 | August 16, 2023 | Victim #1 | Financial Institution #1 |
| 2 | August 29, 2023 | Victim #2 | Financial Institution #2 |

All in violation of Title 18, United States Code, Sections 1543 and 2.

The United States Attorney further charges:

COUNTS 3 - 4
*(Aggravated Identity Theft)*

    5.    On or about the dates specified below, in the Western District of Kentucky, Meade County, Kentucky, and elsewhere, the defendant, **AUDREY CAMPBELL**, aided and abetted by others known and unknown, during and in relation to a felony violation of Title 18,

United States Code, Section 1543, that is, false use of a passport card, as charged in Counts 1 and 2, did knowingly transfer, possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

| COUNT | DATE | MEANS OF IDENTIFICATION |
|---|---|---|
| 3 | August 16, 2023 | Victim #1 |
| 4 | August 29, 2023 | Victim #2 |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

*/s/ Michael A. Bennett*

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:NSE

UNITED STATES OF AMERICA v. **AUDREY CAMPBELL**

## PENALTIES

Counts 1-2:   NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Counts 3-4:   NL 2 yrs. consecutive/$250,000/both/NM 3 yrs. Supervised Release (each count)

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

<u>**Failure to pay fine as ordered may subject you to the following**</u>:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.